■ KAREN S. SQUADRITO, as Administratrix of the Estate of DAVID E. SQUADRITO, SR., Deceased, Appellant, v CARL G. ANDEREGG, Respondent. [758 NYS2d 881] —Appeal from an order and judgment (one document) of Supreme Court, Oneida

County (Tenney, J.), entered November 16, 2001, which granted defendant's motion for summary judgment and dismissed the complaint.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Oneida County, Tenney, J. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.